AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FIFTY SHADES & BLINDS, a Florida Corporation | )<br>)<br>)<br>) |
| *Plaintiff(s)* | )<br>) |
| v. | ) Civil Action No. 23-cv-80887-RS |
| FIFTY SHADES DESIGN, LLC, a Florida Limited Liability Company, OLESEA VILHELMSONS, an individual; TIBOR FARKAS, an individual. | )<br>)<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FIFTY SHADES DESIGN, LLC
REGISTERED AGENT
2000 MATROPICA WAY
APT. 1401
SUNRISE, FL 33323

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LORRI LOMNITZER, ESQ. AND KELLY ANN DESROSIERS
THE LOMNITZER LAW FIRM, P.A.
7999 N. FEDERAL HIGHWAY
SUITE 202
BOCA RATON, FLORIDA 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 05/11/2023

Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

**SUMMONS**